No. 09-8907. **Tommy Alexander, Sr., Petitioner v. United States.**

559 U.S. 1017, 130 S. Ct. 1909, 176 L. Ed. 2d 384, 2010 U.S. LEXIS 2554.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 353 Fed. Appx. 885.

No. 09-8910. **Eddie L. Varnado, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections.**

559 U.S. 1017, 130 S. Ct. 1909, 176 L. Ed. 2d 384, 2010 U.S. LEXIS 2560.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 09-8913. **Vouty Thol, Petitioner v. Dan Pacholke, Superintendent, Stafford Creek Corrections Center.**

559 U.S. 1017, 130 S. Ct. 1909, 176 L. Ed. 2d 384, 2010 U.S. LEXIS 2349.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 344 Fed. Appx. 452.

No. 09-8923. **Joseph K. Bickett, Petitioner v. United States.**

559 U.S. 1017, 130 S. Ct. 1909, 176 L. Ed. 2d 384, 2010 U.S. LEXIS 2418.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 09-8924. **Emilio Correa-Alicea, Petitioner v. United States.**

559 U.S. 1018, 130 S. Ct. 1909, 176 L. Ed. 2d 384, 2010 U.S. LEXIS 2510.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 585 F.3d 484.

No. 09-8927. **Gary Ivan Terry, Petitioner v. United States.**

559 U.S. 1018, 130 S. Ct. 1909, 176 L. Ed. 2d 384, 2010 U.S. LEXIS 2421.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 09-8929. **Tyshan Wheeler, Petitioner v. United States.**

559 U.S. 1018, 130 S. Ct. 1910, 176 L. Ed. 2d 384, 2010 U.S. LEXIS 2533.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 349 Fed. Appx. 92.

No. 09-8931. **Billy Joe King, Petitioner v. United States.**

559 U.S. 1018, 130 S. Ct. 1910, 176 L. Ed. 2d 384, 2010 U.S. LEXIS 2396.

March 22, 2010. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 983 A.2d 1064.